UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEROME LENORDA POWELL,<br><br>               Plaintiff,<br><br>   v.<br><br>BELLINGHAM POLICE DEPT.,<br><br>               Defendant. | CASE NO. 2:22-cv-00251-RSM-BAT<br><br>**ORDER DISMISSING CASE** |

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed without prejudice.

    (3)    The Clerk is directed to send copies of this Order to the plaintiff.

DATED this 1st day of June, 2022.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 1